INTERSTATE HANDBAG CO., INC., Appellant, v. LUMBER MUTUAL FIRE INSURANCE COMPANY et al., Respondents.—

Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

H. D. S. MERCANTILE CORP., Respondent, v. EUGENE KAROL, Appellant, et al., Defendants.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.